**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GLENN M. GORMAN,

    Plaintiff,

vs.                                       CASE NO.: 8:16-cv-01915-CEH-AEP

SETERUS, INC.,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

**COMES NOW**, Plaintiff, GLENN M. GORMAN, by and through his undersigned counsel, and hereby files this Notice of Settlement, and states that Plaintiff, GLENN M. GORMAN, and Defendant, SETERUS, INC., have come to an amicable settlement agreement.

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an electronic notification to:

Hector E. Lora, Esq.
MAURICE WUTSCHER LLP
Florida Bar No. 755842
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Direct: (772) 237-3410
Fax: (866) 581-9302
E-mail: hlora@MauriceWutscher.com

                    **BOSS LAW**

                    /s/ Christopher W. Boss
                    **Christopher W. Boss, Esq.**
                    FL Bar No.: 13183
                    Service Email: CPservice@protectyourfuture.com
                    9887 4th Street N., Suite 202
                    St. Petersburg, FL 33702
                    Phone: (727) 471-0039
                    Fax: (888) 503-2182
                    *Attorney for Plaintiff*